# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA VILLA on behalf of R.A.B, | Case No. 1:22-cv-00067-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND STAYING CASE** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (Doc. 2) |
| Defendant. | |
| _____/ | |

### ORDER

Plaintiff Brenda Villa, on behalf of R.A.B., filed a complaint on January 17, 2022, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2. The Clerk of Court is DIRECTED to issue a summons, and service on the defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint;

3. The parties are hereby notified that, <u>after service of the complaint, this action is STAYED pursuant to General Order No. 615</u>, and there will be no scheduling order or deadlines in effect during the stay. *See* E.D. Cal. G.O. 615. The stay will be

automatically lifted when the defendant files the certified copy of the administrative record, with no further order of the Court; and

4.    The Clerk is DIRECTED to issue the Consent/Decline forms only, in addition to the summons.  Pursuant to General Order No. 615, no other case documents will issue.

IT IS SO ORDERED.

Dated:   **January 19, 2022**              /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE