# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Villa O/B/O MINOR R.A.B. | Case No.: 1:22-cv-00067-SKO |
| Plaintiff, | |
| vs. | ORDER GRANTING PETITION FOR GUARDIAN AD LITEM |
| KILOLO KIJAKAZI,<br>Commissioner of Social Security, | (Doc. 3) |
| Defendant. | |

On January 17, 2022, Petitioner Brenda Villa filed an application for appointment as guardian ad litem for her minor son, Plaintiff R.A.B. (Doc. 3.) Having considered the application and supporting declarations, the Court finds that good cause appears to appoint Petitioner Brenda Villa as minor Plaintiff R.A.B.'s guardian ad litem pursuant to Federal Rule of Civil Procedure 17(c)(2). *See* E.D. Cal. Local Rule 202(a). Accordingly, IT IS HEREBY ORDERED that Petitioner Brenda Villa is APPOINTED as the guardian ad litem for minor Plaintiff R.A.B.

IT IS SO ORDERED.

Dated: **January 20, 2022**           /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE