JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.A.B. *by and through his guardian ad litem* Brenda Villa,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:22-cv-00067-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 16) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from September 14, 2022, to November 14, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time.  In the months of May through July 21, 2022, Counsel received an influx of Social Security Certified Administrative Records (CAR).  A review of the records received shows Counsel

has received at least 50 CARs, the majority of which were filed in June 2022. This has caused an unusually large number of cases that have merit briefs due in the months of August and September.  For the weeks of September 12, 2022 and September 19, 2022, Counsel currently has 10 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.

Lastly, as previously reported, Counsel for Plaintiff underwent major orthopedic surgery in March 2022, requiring significant physical therapy. This has required Plaintiff's counsel to take time off during the work week and work months since then. Although much improved, Counsel still participates in regular physical therapy two to three times per week.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 7, 2022        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: September 7, 2022        PHILLIP A. TALBERT
                                United States Attorney
                                PETER K. THOMPSON
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration


By:  **/s/ Andrea Lee Banks*
     Andrea Lee Banks

2

Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on September 7, 2022)

## **ORDER**

Based upon the foregoing stipulation of the parties (Doc. 16), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including November 14, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 11) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **September 8, 2022**                       /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE